CITY OF CLEVELAND ET AL., APPELLEES, *v.* THE
STATE OF OHIO ET AL., APPELLANTS.

[Cite as *Cleveland v. State,* 122 Ohio St.3d 543, 2009-Ohio-4118.]

(No. 2008–1240—Submitted July 14, 2009—Decided August 20, 2009.)

———————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Lima v. State,* 122 Ohio St.3d 155, 2009-Ohio-2597, 909 N.E.2d 616.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.

———————

Robert J. Triozzi, Cleveland Law Director, Thomas J. Kaiser, Chief Trial Counsel, and Gary S. Singletary, Assistant Law Director, for appellees.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and Sharon A. Jennings and Pearl M. Chin, Assistant Attorneys General, for appellant state of Ohio.

Joseph W. Diemert Jr. & Associates, Joseph W. Diemert Jr., Thomas M. Hanculak, and Daniel A. Powell, for appellants Cleveland Fire Fighters Association, Local 93, IAFF, Fraternal Order of Police, and Ohio Labor Counsel, Inc.

Faulkner, Muskovitz & Phillips, L.L.P., Robert M. Phillips, Susannah Muskovitz, and Ryan J. Lemmerbrock, for appellant Fraternal Order of Police, Lodge 8.

Patrick A. D'Angelo, L.L.C., and Patrick A. D'Angelo, for appellant Cleveland Police Patrolmen's Association.